FILED

2026 Jul-20  PM 03:55
U.S. DISTRICT COURT
N.D. OF ALABAMA

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ALABAMA
## MIDDLE DIVISION

| | |
|---|---|
| **JASON ERNEST BRAWNER,**<br>        Petitioner,<br><br>**v.**<br><br>**WARDEN WILLIAM STREETER**,<br>        Respondent. | **Case No. 4:25-cv-1051-CLM-GMB** |

## MEMORANDUM OPINION

The magistrate judge has entered a report recommending that the court dismiss Petitioner Jason Ernest Brawner's petition for writ of habeas corpus without prejudice for failure to exhaust. (Doc. 17). The magistrate judge also recommends that the court deny Brawner's "Motion for Rule 7" (Doc. 11) and "Motion for Rule 60" (Doc. 14). No objections have been filed.[1]

Having reviewed the record the court **ADOPTS** the magistrate judge's report and **ACCEPTS** his recommendation. Consistent with that recommendation, the court will enter a separate final judgment that dismisses Brawner's petition for writ of habeas corpus (doc. 1) without prejudice and denies Brawner's motions (docs. 11, 14).

Rule 11(a) of the Rules Governing Section 2254 Cases requires the court to issue or deny a certificate of appealability when it enters a final order adverse to the applicant. This court may issue a certificate of appealability "only if the applicant has made a substantial showing of the denial of a

---

[1] Brawner has filed a "Writ of Mandamus Petition Supplemental Claim" that includes a word salad of archaic civil and criminal legal terms. (Doc. 20). Though this filing asks "[t]o be examined by expert Mediators' as abrogated Sua Spont[e] declaratory injunction by declaratory judgement of 'unsworn declaration' via Relief vacating criminal sentence due to void final judgment," (*id.*, p. 7), it does not respond in any way to the magistrate judge's analysis in his report and recommendation. So the court finds that this filing does not constitute an objection to the report and recommendation and thus does not merit any further consideration.

constitutional right." 28 U.S.C. § 2253(c)(2). To make such a showing, a "petitioner must demonstrate that reasonable jurists would find the district court's assessment of the constitutional claims debatable and wrong," *Slack v. McDaniel*, 529 U.S. 473, 484 (2000), or that "the issues presented were adequate to deserve encouragement to proceed further," *Miller-El v. Cockrell*, 537 U.S. 322, 336 (2003) (internal quotations omitted). The court finds that Brawner's claims satisfy neither standard, so the court will not grant Brawner a certificate of appealability.

**DONE** and **ORDERED** on July 20, 2026.

**COREY L. MAZE**
UNITED STATES DISTRICT JUDGE

2